UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH L NASH, <br><br> Plaintiff, <br><br> v. <br><br> GARRY E LUCAS, DOUGHER, RICHARD J BISHOP, ANDERSON, NAGY, HUFF, HOLOPETER. <br><br> Defendant. | CASE NO. C14-5996 RBL-JRC <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Currently before the Court is plaintiff's motion to amend his complaint (Dkt. 13). Plaintiff filed his motion in response to the Court's order to show cause and the Court's order denying without prejudice his first motion to amend his complaint (Dkt. 8 and 12).

Plaintiff states in his motion that the Court entered an order to show cause regarding his motion to proceed in forma pauperis (Dkt. 13).  Plaintiff's statement is not correct.  The Court

1  granted plaintiff's motion to proceed in forma pauperis on January 8, 2015 (Dkt. 6).  The Court

2  also entered the order to show cause on that date because the initial complaint failed to state a

3  claim as a matter of law (Dkt. 8).  Plaintiff's original complaint raised issues regarding not

4  giving plaintiff stamped envelopes, not considering mail from the Court as legal mail, and telling

5  plaintiff to send information to a bank on a post card (Dkt. 7).

6        The Court ordered plaintiff to show cause or file an amended complaint.  Plaintiff then

7  filed a motion asking for leave to file an amended complaint (Dkt. 10).  Plaintiff failed to provide

8  a copy of a proposed amended complaint for the Court's review.  *See*, Local Civil Rule 15.  The

9  Court denied his motion without prejudice (Dkt. 12).

10       Plaintiff has filed a new motion to amend his complaint with a proposed amended

11 complaint.  The Court grants plaintiff's motion.  The Clerk's office is directed to file the

12 proposed amended complaint (Dkt. 13).  The Court does not order service of process.  The Court

13 will issue a separate Report and Recommendation.

14       Dated this 19th day of March, 2015.

_____
J. Richard Creatura
United States Magistrate Judge