1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11 KEITH L NASH,

12                    Plaintiff,

CASE NO. C14-5996 RBL-JRC

ORDER

13        v.

14 GARRY E LUCAS, DOUGHER,
RICHARD J BISHOP, ANDERSON,
15 NAGY, HUFF, HOLOPETER,

16                    Defendant.

17     The Court having reviewed the Report and Recommendation of the Hon. J. Richard

18 Creatura, objections to the Report and Recommendation, if any, and the remaining record, does

19 hereby find and Order:

20     (1)   The Court adopts the Report and Recommendation;

21     (2)   The Court dismisses this action at screening pursuant to 28 U.S.C. §
             1915A(a). The Magistrate Judge informed plaintiff of defects in his
22           original complaint and gave him leave to amend. Plaintiff's amended
             complaint failed to state a claim.
23
24

ORDER - 1

(3) The Court counts this dismissal as a strike pursuant to 28 U.S.C. § 1915(e)(2) and (g).

(4) The Court revokes plaintiff's in forma pauperis status for the purpose of appeal.

DATED this 24th day of April, 2015.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2